UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATIVE CONTROL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTELIO TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:08-CV-7226(LTS)(HBP)(ECF CASE)<br>Civil Action<br><br>RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Innovative Control Systems, Inc. certifies that it is a privately-held company, and there is no parent corporation and/or publicly held corporation owning any of its stock.

By: _____
Stephen V. Gimigliano (SG-8570)
Robert W. Mauriello, Jr. (RM-0850)
Gina M. Graham (GG-6214)
GRAHAM CURTIN, P.A.
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Plaintiff
Innovative Control Systems, Inc.

Dated: August 13, 2008

626973_1